UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NEW YORK

---

JOHN D. ARNDT

      **Plaintiff,**

vs.

JANET NAPOLITANO,
Secretary of the Department of
Homeland Security

      **Defendant.**

---

**NOTICE OF APPEAL**

File No.: **1:08-cv-00721-RJA**

    Notice is hereby given that John D. Arndt, Plaintiff/Appellant in the above-named case, Arndt vs. Napolitano (formerly Arndt vs. Chertoff), hereby appeal to the United States Court of Appeals for the Second Circuit from a Decision and Order entered in this action on the 28th day of October, 2010 by Richard J. Arcara, a United States District Judge for the Western District of New York.

RICHARD H. WYSSLING
Attorney for Plaintiff/Appellant
375 Linwood Avenue
Buffalo, New York 14209
716-882-2243
716-882-6113 (Fax)
wyssmont@wzrd.com